**Abatement Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00791-CR

———————

**SEVERO PELAYO JAIMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1530605**

## ORDER

On August 30, 2018, the trial court appointed Natalie Schultz to represent appellant on appeal. After the appointment, appellant retained **Norman Silverman** to represent him. On September 12, 2018, Silverman filed a motion in this court to substitute as counsel.

An appointed attorney shall represent the defendant until

. . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to

withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 228th District Court shall consider Silverman's request to substitute and shall determine whether appellant wishes to be represented by Silverman as retained counsel or whether appellant wishes and is entitled to appointed counsel.

2. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Silverman's request to substitute. The records shall be filed with this court by **October 29, 2018**.

We will hold Silverman's motion to substitute pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM